# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BOUCHARD TRANSPORTATION CO., INC., *et al*.,[1] | ) Case No. 20-34682 (DRJ) |
|  | ) |
| Debtors. | ) (Joint Administration Requested) |
|  | ) (Emergency Hearing Requested) |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE

On September 28, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

__ X __ The Debtors have total debt of more than $10 million;

__ X __ There are more than 50 parties in interest in this case;

_____ Claims against the Debtors are publicly traded;

_____ Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bouchard Transportation Co., Inc. (6190); B. No. 240 Corp. (8260); B. No. 295 Corp. (1019); Tug Barbara E. Bouchard Corp. (7889); and Tug Bouchard Girls Corp. (1231). The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

The Debtors respectfully request that the Court enter an order granting the relief requested herein and granting such other and further relief as is appropriate under the circumstances.

Houston, Texas
September 28, 2020

*/s/ Genevieve M. Graham*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (*pro hac* vice pending) |
| 1401 McKinney Street, Suite 1900 | W. Benjamin Winger (*pro hac* vice pending) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone:  (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile:  (713) 752-4221 | Telephone:  (312) 862-2000 |
| Email:  mcavenaugh@jw.com | Facsimile:  (312) 862-2200 |
|  ggraham@jw.com | Email:  ryan.bennett@kirkland.com |
|  |  benjamin.winger@kirkland.com |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

      I certify that on September 28, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Genevieve M. Graham*
                                              Genevieve M. Graham

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) Case No. 20-34682 (DRJ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) (Emergency Hearing Requested) |

**ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT**

These jointly administered cases were filed on September 28, 2020. A Notice of Designation as Complex Chapter 11 Bankruptcy Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) (generally applying the District Local Rules) does not apply.
    b. District Local Rule 83.1 (admission to practice) applies.
    c. Appendix A to the District Local Rules (disciplinary rules) applies.
    d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bouchard Transportation Co., Inc. (6190); B. No. 240 Corp. (8260); B. No. 295 Corp. (1019); Tug Barbara E. Bouchard Corp. (7889); and Tug Bouchard Girls Corp. (1231). The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

2

Houston, Texas
Dated: _____, 2020

_____
UNITED STATES BANKRUPTCY JUDGE