IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| BOUCHARD TRANSPORTATION CO., INC. *et al.*[1] | ) Case No. 20-34682 (DRJ) |
| Debtors. | ) (Joint Administration Requested) |

# CERTIFICATE OF SERVICE

I, Franklin Castro, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On September 28, 2020, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 2)

- **Debtors' Emergency Motion for Entry of an Order (A) Authorizing the Debtors to (I) File a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, and (II) Redact Certain Personal Identification Information and (B) Granting Related Relief** (Docket No. 3)

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 4)

Dated: September 28, 2020

    */s/ Franklin Castro*
Franklin Castro
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.923.1038
Email: TeamBouchard@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bouchard Transportation Co., Inc. (6190); B. No. 240 Corp. (8260); B. No. 295 Corp. (1019); Tug Barbara E. Bouchard Corp. (7889); and Tug Bouchard Girls Corp. (1231). The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

# **Exhibit A**



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A.R.M. Marine Supply LLC | Attn: Officer or Director | 1249 86Th Street | | Brooklyn | NY | 11228 | |
| AL Dept of Environmental Management | Attn: Legal Dept | 1400 Coliseum Boulevard | | Montgomery | AL | 36110-2400 | |
| Alabama Office Of The AG | Attn: Legal Dept | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Armorica Sales Inc. | Attn: Officer or Director | 2589 Richmond Terrace | | Staten Island | NY | 10310 | |
| CFGI LLC | C/O M&T | Lockbox 8000159 | | Amherst | NY | 14228 | |
| Clean Water Of New York Inc. | Attn: Officer or Director | 3249 Richmond Terrace | | Staten Island | NY | 10303-0312 | |
| Connecticut Office Of The AG | Attn: Legal Dept | 55 Elm St | | Hartford | CT | 06106 | |
| CT Dept of Energy and EP | Attn: Legal Dept | 79 Elm Street | | Hartford | CT | 06106-5127 | |
| DE Dept NR and Environmental Cntrl | Attn: Legal Dept | 89 Kings Highway | | Dover | DE | 19901 | |
| Delaware Department Of Justice | Attn: Legal Dept | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| Engine Systems Dba Marine Systems | Attn: Officer or Director | PO Box 301138 | | Dallas | TX | 75303-1138 | |
| Environmental Protection Agency | | 1445 Ross Avenue | Region 6 Main Office | Dallas | TX | 75202 | |
| Environmental Protection Agency | OECA | 1200 Pennsylvania Ave | Mail Code 2271A | Washington | DC | 20460 | |
| EPA Region 1 | Attn: Legal Dept | 5 Post Office Square | Suite 100 | Boston | MA | 02109 | |
| EPA Region 2 | Attn: Legal Dept | 290 Broadway | | New York | NY | 10007-1866 | |
| EPA Region 3 | Attn: Legal Dept | 160 Arch Street | | Philadelphia | PA | 19103-2029 | |
| EPA Region 4 | Attn: Legal Dept | 61 Forsyth Street SW | Sam Nunn Atlanta Federal Center | Atlanta | GA | 30303-8960 | |
| EPA Region 6 | Attn: Legal Dept | 1201 Elm Street | Suite 500 | Dallas | TX | 75270 | |
| FL Dept of Environmental Protection | Attn: Legal Dept | 3900 Commonwealth Boulevard | | Tallahassee | FL | 32399-3000 | |
| Flight Safety International | Attn: Officer or Director | PO Box 75691 | | Charlotte | NC | 28275 | |
| Florida Office Of The AG | Attn: Legal Dept | The Capitol Pl?01 | State Of Florida | Tallahassee | FL | 32399 | |
| Fortress Credit Co LLC | c/o Milbank LLP | 55 Hudson Yards | Attn: Tyson M Lomazow | New York | NY | 10001-2163 | |
| Fortress Credit Co LLC | D Brooks D Sharpe & A Peristeris | 1345 Ave of the Americas | 46th Floor | New York | NY | 10105 | |
| Freehill Hogan & Mahar LLP | Attn: Officer or Director | 80 Pine Street | | New York | NY | 10005-1759 | |
| GA Envrnmnt Protection Division | Attn: Legal Dept | 2 Martin Luther King Jr. Drive SE | Suite 1456 East Tower | Atlanta | GA | 30334 | |
| Georgia Office Of The AG | Attn: Legal Dept | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| GMD Shipyard Corp. | Attn: Officer or Director | Brooklyn Navy Yard Bldg #595 | | Brooklyn | NY | 11205 | |
| Gulf Copper & Manufacturing | Attn: Officer or Director | 5700 Procter Street Ext | | Port Arthur | TX | 77554 | |
| Intercontinental | Attn: Officer or Director | PO Box 9055 | | Kansas City | MO | 64168 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | Houston | TX | 77002 | |
| International Ship Repair | Attn: Officer or Director | 1616 Penny St | | Tampa | FL | 33602 | |
| L & R Midland Inc. | Attn: Officer or Director | PO Box 19458 | | Houston | TX | 77224 | |
| LA Dpet of Environmental Quality | Attn: Legal Dept | 602 North Fifth Street | | Baton Rouge | LA | 70802 | |
| Louisiana Office Of The AG | Attn: Legal Dept | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| MA Dept of Environmental Protection | Attn: Legal Dept | 8 New Bond Street | | Worcester | MA | 01606 | |
| Maine DEP | Attn: Legal Dept | 17 State House Station | | Augusta | ME | 04333 | |
| Maine Office Of The AG | Attn: Legal Dept | 6 State House Station | | Augusta | ME | 04333 | |
| Marine Systems Inc. | Attn: Officer or Director | PO Box 301284 | | Dallas | TX | 75303-1284 | |
| Maryland Office Of The AG | Attn: Legal Dept | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Massachusetts Office Of The AG | Attn: Legal Dept | 1 Ashburton Place 20Th Floor | | Boston | MS | 02108 | |
| MCA Associates. Inc. | Attn: Officer or Director | 8 Sound Shore Drive | | Greenwich | CT | 06830 | |
| Mcallister Towing & Transportation | Buckley Mcallister | 17 Battery Place Suite 1200 | | New York | NY | 10004 | |
| MD Dept of the Environment | Attn: Legal Dept | 1800 Washington Blvd | | Baltimore | MD | 21230 | |
| Metropolitan Marine Transporation | Attn: Officer or Director | 2411 Richmond Road | | Staten Island | NY | 10306 | |
| MI Dept of Environmental Quality | Attn: Legal Dept | PO Box 2249 | | Jackson | MS | 39225 | |
| Mississippi Office Of The AG | Attn: Legal Dept | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| Murphy Rogers Sloss & Gambel | Attn: Officer or Director | One Shell Square | | New Orleans | LA | 70139-7909 | |
| NC Dept of Environmental Quality | Attn: Legal Dept | 217 West Jones Street | | Raleigh | NC | 27603 | |
| New Hampshire Office Of The AG | Attn: Legal Dept | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 | |
| New Jersey Office Of The AG | Attn: Legal Dept | 25 Market St 8th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| New York Office Of The AG | Attn: Litigation Bureau | Justice Building 2nd Floor | | Albany | NY | 12224 | |
| NH Dept of Environmental Svcs | Attn: Legal Dept | PO Box 95 | | Concord | NH | 03302-0095 | |
| NJ Dept of Enviornmental Protection | Attn: Legal Dept | 401 East State Street | PO Box 402 Mailing Code: 401-07 | Trenton | NJ | 8625 | |
| North Carolina AG Office | Attn: Legal Dept | 114 W Edenton St | | Raleigh | NC | 27603 | |
| Northeastern Air Management Corp. | Attn: Officer or Director | 8200 Republic Airport | | Farmingdale | NY | 11735 | |
| Nre Power Systems Incorporated | Attn: Officer or Director | 8440 Solutions Center | | Chicago | IL | 60677-8004 | |
| NY Dept of Environmental Protection | Attn: Legal Dept | 59-17 Junction Boulevard 13th Floor | | Flushing | NY | 11373 | |
| Owen Petersen & Company | Attn: Officer or Director | 399 Route 109 Suite 2 | | West Babylon | NY | 11704-6213 | |
| Platts | Attn: Officer or Director | PO Box 848093 | | Dallas | TX | 75284-8093 | |
| Plaza Marine Inc Harbor Plaza Consl | Attn: Officer or Director | PO Box 842610 | | Boston | MA | 02284-02610 | |
| Providence Steamboat | Attn: Officer or Director | POBox 5506 | | Carol Stream | IL | 60197-5506 | |
| Rhode Island Office Of The AG | Attn: Legal Dept | 150 S Main St | | Providence | RI | 02903 | |
| RI Bureau Environmental Protection | Attn: Terrence Gray | 235 Promenade St. | | Providence | RI | 02908 | |
| Rolls-Royce PLC | Attn: Officer or Director | Hsbc Bank Plc | | London | | SE1 9WP | United Kingdom |
| SC Dept Health Environmental Cntrl | Attn: Legal Dept | 2600 Bull Street | | Columbia | SC | 29201 | |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey Street Suite 400 | Brookfield Place | New York | NY | 10281-1022 | |
| Skout Monitoring | Attn: Officer or Director | 270 South Service Road | | Melvile | NY | 11747 | |
| South Carolina Office Of The AG | Attn: Legal Dept | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| St Engineering Halter Marine | Attn: Officer or Director | PO Box 1308 | | Pascagoula | MS | 39568-1308 | |
| Stewart & Stevenson | Attn: Officer or Director | PO Box 301063 | | Dallas | TX | 75303-1063 | |
| Texas Office Of The AG | Attn: Legal Dept | 300 W. 15th St | | Austin | TX | 78701 | |
| The Port Authority Of NY & NJ | Attn: Officer or Director | PO Box 95000 | | Philadelphia | PA | 19195-1517 | |
| TX Commission Environmental Quality | Attn: Legal Dept | PO Box 13087 | | Austin | TX | 78711-3087 | |
| Unitedhealthcare Insurance Company | Attn: Officer or Director | 22703 Network Place | | Chicago | IL | 60673-1227 | |
| US Attorney's Office | Southern District of TX | 1000 Louisiana | Ste. 2300 | Houston | TX | 77002 | |
| UST for the Southern District of TX | | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 | |
| VA Dept of Environmental Quality | Attn: Legal Dept | 1111 East Main Street | Suite 1400 | Richmond | VA | 23219 | |
| Virginia Office Of The AG | Attn: Legal Dept | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Halter Marine | Attn: Officer or Director | 900 Bayou Casotte Pkwy | | Pascagoula | MS | 39581 | |
| Wells Fargo Bank NA | Attn:  Edward P Nallan Jr | 58 S Service Road | Suite 100 | Melville | NY | 11747 | |
| Wells Fargo Bank NA | Reed Smith LLP M. Tashman | 1717 Arch Street Suite 3100 | Three Logan Square | Philadelphia | PA | 19103 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 2 of 2

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| A.R.M. Marine Supply, LLC | | sales@armmarinesupply.com |
| Alabama Department of Environmental Management | | ogcmail@adem.alabama.gov |
| Armorica Sales Inc. | | chris@industrialmarinepaint.com |
| CFGI, LLC | C/O M&T | info@cfgi.com |
| Clean Water Of New York, Inc. | | rduca@cwofny.com |
| Connecticut Department of Energy and Environmental Protection | | deep.webmaster@ct.gov |
| Flight Safety International | | support.flightbag@flightsafety.com  mfs-support@flightsafety.com |
| Florida Department of Environmental Protection | | public.services@dep.state.fl.us |
| Fortress Credit Co, LLC | Attn: David N. Brooks, General Counsel, David Sharpe, Credit Operations, and Apostolos Peristeris | gcredit@fortress.com  creditoperations@fortress.com  aperisteris@fortress.com |
| Fortress Credit Co, LLC | c/o Milbank LLP | tlomazow@milbank.com |
| Freehill, Hogan, & Mahar LLP | | reception@freehill.com |
| Georgia Environmental Protection Division | | askepd@gaepd.org |
| GMD Shipyard Corp. | | info@gmdshipyard.com |
| Gulf Copper & Manufacturing | | sales@gulfcopper.com |
| Intercontinental | | info@intercon.com |
| International Ship Repair | | info@internationalship.com |
| MCA Associates, Inc. | | hcoleman@mcaassociates.com |
| Mcallister Towing & Transportation | Buckley Mcallister | mcallister_bb@mcallistertowing.com |
| Murphy, Rogers, Sloss & Gambel | | firm@mrsnola.com |
| New York Department of Environmental Protection | | ombuds@dep.nyc.gov |
| Northeastern Air Management Corp. | | charter@neajets.com |
| NRE Power Systems Incorporated | | power@nrepowersystems.com |
| Owen Petersen & Company | | info@owenpetersen.com |
| Rolls-Royce PLC | HSBC Bank PLC | richard.wray@rolls-royce.com |
| Skout Monitoring | | info@getskout.com |
| St Engineering Halter Marine | | linapoa@stengg.com |
| The Port Authority Of NY & NJ | | speakers@panynj.gov |
| United States Attorney's Office for the Southern District of Texas | | usatxs.atty@usdoj.gov |
| VT Halter Marine | | corporatecommunications@vthm.com |
| Wells Fargo Bank, National Association | c/o Reed Smith LLP | mtashman@reedsmith.com |

In re: Bouchard Transportation Co., Inc. et al.  
Case No. 20-34682 (DRJ)

Page 1 of 1