UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

IN RE:   Bouchard Transportation Co., Inc. §
§
**Debtor(s)** §
§   **BANKRUPTCY CASE NUMBER**
§
§   20-34682
§

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**Please take notice that** McAllister Towing & Transportation, Inc. , **Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to** J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030 .

**DATED:** 9/29/2020

**Signature**

J. Stephen Simms
**Print Name**

Simms Showers LLP
201 International Circle, Suite 230
**Address**
Baltimore, Maryland 21030
410-783-5795
jssimms@simmsshowers.com

**SDTX (appear.ntc)**
**02/03/98**