

ENTERED
09/30/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BOUCHARD TRANSPORTATION CO., INC., | Case No.  20-34682 (DRJ) |
| Debtor. | |
| Tax I.D. No. 13-4966190 | |
| In re: | Chapter 11 |
| B. NO. 240 CORP., | Case No.  20-34680 (DRJ) |
| Debtor. | |
| Tax I.D. No. 11-3188260 | |
| In re: | Chapter 11 |
| B. NO 295 CORP., | Case No.  20-34683 (DRJ) |
| Debtor. | |
| Tax I.D. No. 11-2991019 | |
| In re: | Chapter 11 |
| TUG BARBARA E. BOUCHARD CORP., | Case No.  20-34681 (DRJ) |
| Debtor. | |
| Tax I.D. No. 11-3087889 | |

|  | ) |  |
| --- | --- | --- |
| In re: | ) | Chapter 11 |
|  | ) |  |
| TUG BOUCHARD GIRLS CORP., | ) | Case No.  20-34684 (DRJ) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 11-2991231 | ) |  |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

(Docket No. 2)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

1.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-34682 (DRJ).

2.      Additionally, the following checked items are ordered:

a.      ☒     One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b.      ☒     Parties may request joint hearings on matters pending in any of the jointly administered cases.

c.      ☒     Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) Case No. 20-34682 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Bouchard Transportation Co., Inc. (6190); B. No. 240 Corp. (8260); B. No. 295 Corp. (1019); Tug Barbara E. Bouchard Corp. (7889); and Tug Bouchard Girls Corp. (1231).  The location of the Debtors' service address is:  58 South Service Road, Suite 150, Melville, NY 11747.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Bouchard Transportation Co., Inc. to reflect the joint administration of these chapter 11 cases:

> A An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of:  Bouchard Transportation Co., Inc., Case No. 20-34682 (DRJ); B. No. 240 Corp., Case No. 20-34680 (DRJ); B. No. 295 Corp., Case No. 20-34683 (DRJ); Tug Barbara E.

Bouchard Corp., Case No. 20-34681 (DRJ); and Tug Bouchard Girls Corp., Case No. 20-34684 (DRJ); **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 20-34682 (DRJ).**

6.      The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out income and disbursements on a debtor-by-debtor basis.

8.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

11.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  September 30, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                    Case No. 20-34682-drj

Bouchard Transportation Co., Inc.                                                      Chapter 11

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: aaloadi | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bouchard Transportation Co., Inc., 58 South Service Road, Suite 150, Melville, NY 11747-2342 |
| op | + Stretto, Stretto, 8269 E. 23rd Avenue, Suite 275, Denver, CO 80238-3597 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Broward County, Florida |
| cr | | McAllister Towing & Transportation, Inc. |
| cr | | McAllister Towing of Baltimore, Inc. |
| cr | | McAllister Towing of Connecticut, LLC |
| cr | | McAllister Towing of Narragansett Bay, LLC d/b/a P |
| cr | | McAllister Towing of New York, LLC |
| cr | | McAllister Towing of Philadelphia, Inc. |
| cr | | McAllister Towing of Port Everglades d/b/a Tugz Co |
| cr | | Portland Tugboat LLC |
| cr | | Steelstran Industries, Inc. |
| cr | | United States of America |

TOTAL: 11 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| District/off: 0541-4 | User: aaloadi | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf001 | Total Noticed: 2 |

| Name | Email Address |
|---|---|
| Genevieve Marie Graham | on behalf of Debtor Bouchard Transportation Co. Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| J Stephen Simms | on behalf of Creditor Portland Tugboat LLC jssimms@simmsshowers.com dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of New York  LLC jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing & Transportation  Inc. jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of Baltimore  Inc. jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor Steelstran Industries  Inc. jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of Narragansett Bay  LLC d/b/a Providence Steamboat Company jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of Port Everglades d/b/a Tugz Company  LLC jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of Philadelphia  Inc. jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| J Stephen Simms | on behalf of Creditor McAllister Towing of Connecticut  LLC jssimms@simmsshowers.com, dmhnat@simmsshowers.com;cjlyon@simmsshowers.com;jdallen@simmsshowers.com |
| Matthew D Cavenaugh | on behalf of Debtor Bouchard Transportation Co. Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com |
| Richard A. Kincheloe | on behalf of Creditor United States of America Richard.Kincheloe@usdoj.gov caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov |
| Scott Andron | on behalf of Creditor Broward County  Florida sandron@broward.org, swulfekuhle@broward.org |
| Stephen Douglas Statham | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 16