IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CASE NO. 20-34682 (DRJ) § <br> (JOINTLY ADMINISTERED) § <br> § <br> **WITNESSES:** § <br> Any authorized representative of the Debtors § <br> Any fact or expert witness called by any other party § <br> Any rebuttal or impeachment witness § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | DEBTOR:  BOUCHARD TRANSPORTATION CO., INC., *et al.*[1] <br> JUDGE:  DAVID R. JONES <br> COURTROOM DEPUTY: Vriana Portillo <br> ATTY'S NAME: Sean B. Davis <br> ATTY'S PHONE: (713) 650-8400 <br> TEXAS BAR NO.:  24069583 <br> DATE: November 17, 2020 at 3:00 P.M. <br> NATURE OF PROCEEDING: <br> Debtors' Motion to Deem Lease Rejected, or to Reject Lease as of Petition Date [DN 178] |

### HOUSTON NFL HOLDINGS L.P.'S EXHIBIT INDEX

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION | AFTER TRIAL |
|---|---|---|---|---|---|---|---|---|
| | Any exhibits designated by any other parties in interest | | | | | | | |
| | Any pleadings, reports, exhibits, transcripts, Court orders, or other documents filed in the Debtors' bankruptcy cases | | | | | | | |
| | Any impeachment or rebuttal exhibits | | | | | | | |

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

Houston NFL Holdings, L.P. (the "Houston NFL") reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the November 17, 2020 hearing and/or in compliance with the Bankruptcy Local Rules and the Orders of this Court. Houston NFL also reserves the right to provide any documents that may be amended or supplemented in this Exhibit List to opposing counsel and to this Court as they become available.

**DATED: November 13, 2020.**

Respectfully submitted,

**WINSTEAD PC**
600 Travis Street
Suite 5200
Houston, Texas 77002
(713) 650-8400 (Telephone)
(713) 650-2400 (Facsimile)

By:  /s/ Sean B. Davis
Sean B. Davis
Texas Bar No. 24069583
S.D. Tex. No. 1048341

**ATTORNEYS FOR HOUSTON NFL HOLDINGS, L.P.**

### Certificate of Service

This is to certify that on November 17, 2020, a true and correct copy of the above and foregoing was served by electronic transmission to all registered ECF users appearing in this case pursuant to the electronic filing procedures in this District.

 /s/ Sean B. Davis
One of Counsel