# EXHIBIT A

 **BOUCHARD TRANSPORTATION CO., INC.** 

---

### INTEROFFICE MEMORANDUM

---

**TO:** All Vessel Crewmembers

**FROM:** Morton S. Bouchard III

**DATE:** November 3, 2020

**RE:** Suspension of Bouchard Transportation Co., Inc. Operations

---

During the past few months I have been attempting to convince ABS and other Classification Societies that Bouchard Transportation Co., Inc. is committed to safety and environmental protection in all phases of our operations and that I will accept nothing less.

Unfortunately, ABS particularly, the chairman of ABS, believes that I do not practice this nor do I support a culture of safety, which is absurd when it is my Company. This position has prevented Bouchard from being audited fairly. In the course of the past few weeks we have met our obligation to meet all past payroll obligations in a quicker time period than anticipated and I am proud of that.

Sadly, I regret to inform you that I am very concerned that this may not continue. Bouchard, despite all of our efforts cannot raise revenue without a DOC and ABS management's belief and comments that I personally do not foster safe practices and a safe culture.

As of tonight, I have made a decision to suspend all normal operations of the Company until all legal options can be evaluated. The office will remain closed until I receive and review all other options.