IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) ) | Case No. 20-34682 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 17, 2020, AT 3:00 P.M. (PREVAILING
CENTRAL TIME), BEFORE JUDGE DAVID R. JONES**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby file their agenda for matters set for hearing on November 17, 2020, at 3:00 p.m. (prevailing Central Time).

**I.  Evidentiary Hearings:**

    A.    Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transaction and (II) Granting Related Relief  [Docket No. 30].

    **Related Documents:**

- Interim Order (A) Authorizing the Debtors to (I) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (II) Maintain Existing Books and Records, and (III) Continue to Perform Intercompany Transactions and (B) Granting Related Relief [Docket No. 138].

    **Status**: This matter is moving forward.

    B.    Emergency Motion for Entry of an Order (I) Determining That the Suite Agreement Terminated Prior to the Petition Date, or, in the Alternative, Authorizing the

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is:  58 South Service Road, Suite 150, Melville, NY 11747.

Rejection of the Suite Agreement Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief  [Docket No. 178].

**Related Documents:**  None

**Status**: Resolved[2]

---

[2] The Debtors and the Texans have reached an agreement in principle regarding a resolution of the issues raised in this motion and expect to file an agreed form of proposed order giving effect to that resolution in the near term.

Houston, Texas
November 16, 2020

*/s/ Matthew D. Cavenaugh*

| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac* vice) |
| 1401 McKinney Street, Suite 1900 | W. Benjamin Winger (admitted *pro hac* vice) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone: (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile: (713) 752-4221 | Telephone: (312) 862-2000 |
| Email: mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
|  ggraham@jw.com | Email: ryan.bennett@kirkland.com |
|  | benjamin.winger@kirkland.com |

*Proposed Co-Counsel to the Debtors*           *Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*                             *and Debtors in Possession*

**Certificate of Service**

I certify that on November 16, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mathew D. Cavenaugh*
Matthew D. Cavenaugh

27375603v.2