### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) Case No. 20-34682 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF RESET HEARINGS

**PLEASE TAKE NOTICE** that on November 30, 2020, Markel International Insurance filed their Motion for Relief from the Automatic Stay to Authorize Cancellation of Certain Insurance Policies Issued to Debtors [Docket No. 256] (the "Markel Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that on December 2, 2020, VT Halter Marine, Inc. filed their Motion for Recognition of Ownership and Security Interests, Relief from Automatic Stay or, in the Alternative, Adequate Protection [Docket No. 281] and their Motion for Relief from Automatic Stay, Nunc Pro Tunc, and For Confirmation of Arbitration Award [Docket No. 280] (collectively the "VT Halter Marine Motions").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Markel Relief Motion and VT Halter Marine Motions, previously set for hearing on January 5, 2021, at 1:00 p.m. (prevailing Central Time) has been reset to **January 7, 2021, at 2:00 p.m. (prevailing Central Time)** before David R. Jones, Unites States Bankruptcy Judge, in Room 400 of the United Stated Bankruptcy Court, 515 Rusk, Houston, TX 77002.

### Electronic Appearances

Please note that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits

---

[1]   Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

and materials presented to the Court.  If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting application.

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1) Going to the Southern District of Texas website;
2) Selecting "Bankruptcy Court" from the top menu;
3) Selecting "Judges' Procedures and Schedules";
4) Selecting "View Home Page" for Judge David R. Jones;
5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"
6) Select Bouchard Transportation Co., Inc., *et al*. from the list of electronic appearance links, and
7) After selecting Bouchard Transportation Co., Inc., *et al*. from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the <u>need</u> to make an appearance on the record at the hearing.

## <u>Audio Communication</u>

Audio communication will conducted by use of the Court's regular dial-in number: +1 (**832) 917-1510.**  At the start of the call, the caller will be asked to enter a six-digit conference code.  The six-digit conference code for this hearing is Judge Jones's conference room number: **205691**.  Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at <u>https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%202-1-2020.pdf</u>.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication.  Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

## <u>Video Communication:</u>

Parties may participate in electronic hearings by use of an internet connection.  You may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF.  Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses presented by the Debtors will appear via audio and video connection.  Any person wishing to examine the witness will be permitted to do so during the hearing.

Houston, Texas
December 29, 2020

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac* vice) |
| 1401 McKinney Street, Suite 1900 | W. Benjamin Winger (admitted *pro hac* vice) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone:        (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile:        (713) 752-4221 | Telephone:        (312) 862-2000 |
| Email:        mcavenaugh@jw.com | Facsimile:        (312) 862-2200 |
|                ggraham@jw.com | Email:        ryan.bennett@kirkland.com |
| | benjamin.winger@kirkland.com |

*Co-Counsel to the Debtors*            *Co-Counsel to the Debtors*
*and Debtors in Possession*            *and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on December 29, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh