**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) Case No. 20-34682 (DRJ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 308** |

**NOTICE OF FILING QUARTERLY STATEMENT PURSUANT
TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF
CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that on December 16, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and Granting Related Relief* [Docket No. 308] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(g) of the OCP Order, the Debtors are required to provide a written statement to the Court and the Notice Parties, beginning with the period ending on December 31, 2020, and each Quarter thereafter, no later than 30 days after the end of each such Quarter, with respect to each OCP paid during the immediately preceding three-month period (each such statement, a "Quarterly Statement").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statement for the Quarter ending on March 31, 2021 is attached hereto as **Exhibit A**.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, New York 11747.

[2] All capitalized terms used but not defined herein have the meanings ascribed to them in the OCP Order.

Houston, Texas
April 30, 2021

/s/ Matthew D. Cavenaugh

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac* vice) |
| 1401 McKinney Street, Suite 1900 | W. Benjamin Winger (admitted *pro hac* vice) |
| Houston, Texas 77010 | Whitney Fogelberg (admitted *pro hac* vice) |
| Telephone: (713) 752-4200 | 300 North LaSalle Street |
| Facsimile: (713) 752-4221 | Chicago, Illinois 60654 |
| Email: mcavenaugh@jw.com | Telephone: (312) 862-2000 |
| ggraham@jw.com | Facsimile: (312) 862-2200 |
| | Email: ryan.bennett@kirkland.com |
| | benjamin.winger@kirkland.com |
| | whitney.fogelberg@kirkland.com |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on April 30, 2021 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## **Exhibit A**

**Quarterly Statement for Quarter Ending on March 31, 2021**

**Bouchard Transportation Co., Inc**
*Ordinary Course Professional Disbursement Summary - Q1 2021*
*April 30, 2021*

| Ordinary Course Professional | Service | Service Description | Q1 2021 | Total Post-Petition |
|---|---|---|---:|---:|
| Boris Benic & Associates | Auditing | Company 401k plan auditor | $ 7,125.00 | $ 7,125.00 |
| Chalos & Co. | Legal | Maritime counsel | 102,278.52 | 102,278.52 |
| GKG Law | Legal | Aircraft law counsel | 626.50 | 626.50 |
| KING & JURGENS LLC | Legal | Local counsel (Louisiana) | 1,302.83 | 1,302.83 |
| KOZUSKO HARRIS DUNCAN | Legal | Prepetition corporate counsel | 5,376.00 | 5,376.00 |
| Freehill Hogan & Mahar | Legal | Maritime counsel | 46,257.50 | 46,257.50 |
| Phelps Dunbar, LLP | Legal | Prepetition defense counsel | 6,752.97 | 6,752.97 |
| KAUFF MCGUIRE & MARGOLIS | Legal | Labor counsel | 56,504.03 | 56,504.03 |
| Owen Petersen & Co., LLP | Accounting | Tax advisory and general accounting services | 82,809.00 | 82,809.00 |
| RINA USA Inc. | Inspecting | Vessel inspector | 73,000.00 | 73,000.00 |

*Note: Variance in magnitude between total disbursements by professional is due to certain payments for work completed during prior post-petition periods that were previously unpaid*