# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BOUCHARD TRANSPORTATION CO., INC. *et al.*[1] | ) Case No. 20-34682 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 29, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Final Order Authorizing Second Amendment to Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Further Hearing, and (G) Granting Related Relief** (Docket No. 836)

- **Second Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof** (Docket No. 837)

- **Debtors' Limited Objection and Reservation of Rights with Respect to Motions Filed by International Ship Repair & Marine Services, Inc.** (Docket No. 838)

Dated: April 30, 2021

/s/ Gregory A. Lesage
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.923.1038
Email: TeamBouchard@stretto.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https:/cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, New York 11747.

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 58/68 S. Service Road SPE LLC | c/o RXR Realty | Attn: Frank Pusinelli and Molly Siegal | 625 RXR Plaza | Uniondale | NY | 11556 | |
| A.R.M. Marine Supply, LLC | Attn: Michael Menditto | 1249 86th Street | | Brooklyn | NY | 11228 | |
| A.R.M. Marine Supply, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street 7th Floor | New York | NY | 10005 | |
| Alabama Department of Environmental Management | | 1400 Coliseum Boulevard | | Montgomery | AL | 36110-2400 | |
| Alabama Office Of The Attorney General | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| American Bureau of Shipping | c/o Schouest, Bamdas, Soshea & BenMaier PLLC | Attn: Robert P. Vining, Michael W. Hogue | 1001 McKinney St. Suite 1400 | Houston | TX | 77002 | |
| Armorica Sales Inc. | | 2589 Richmond Terrace | | Staten Island | NY | 10310 | |
| Billybey Marina Services, LLC | c/o Cozen O'Connor | Attn: Eric L. Scherling | 1650 Market Street Suite 2800 | Philadelphia | PA | 19103 | |
| Billybey Marina Services, LLC | c/o Cozen O'Connor, P.C. | Attn: Geoffrey D. Ferrer & Christopher Raleigh | 3 WTC, 175 Greenwich Street - 55th Floor | New York | NY | 10007 | |
| Bollinger Algiers, LLC, Bollinger Amelia Repair, LLC, Bollinger Marine Fabricators, LLC and Bollinger Shipyards Lockport, LLC | c/o Adams and Reese LLP | Attn: Scott R. Cheatham and Matthew Guy | 701 Poydras Street Suite 4500 | New Orleans | LA | 70139 | |
| Boston Line & Service Co. Inc, and Coast Line Service Inc. | c/o Pusateri, Johnston, Guillot & Greenbaum, LLC | Attn: Aaron B. Greenbaum | 1100 Poydras Street, Suite 2250 | New Orleans | LA | 70163 | |
| Bryce Babson, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street 12th Floor | New York | NY | 10001 | |
| Caddell Dry Dock & Repair Co., Inc. | c/o Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer | 712 Main Street Ste 1100 | Houston | TX | 77002 | |
| CFGI, LLC | C/O M&T | Lockbox 8000159 | | Amherst | NY | 14228 | |
| Claim for Christopher Bailey, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofman & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street 12th Floor | New York | NY | 10001 | |
| Clean Water Of New York, Inc. | | 3249 Richmond Terrace | | Staten Island | NY | 10303-0312 | |
| Connecticut Department of Energy and Environmental Protection | | 79 Elm Street | | Hartford | CT | 06106-5127 | |
| Connecticut Office Of The Attorney General | | 55 Elm St | | Hartford | CT | 06106 | |
| CRG Financial LLC | Attn: Jeffrey Kaplan | 100 Union Ave. | Suite 240 | Cresskill | NJ | 07626 | |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Attn: Danny Meier | 100 N Broadway Ave | Suite 2000 | Oklahoma City | OK | 73102 | |
| Delaware Department Of Justice | | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| Delaware Department of Natural Resources and Environmental Control | | 89 Kings Highway | | Dover | DE | 19901 | |
| Donjon Marine Co., Inc. | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street 7th Floor | New York | NY | 10005 | |
| Donjon-Smit, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street 7th Floor | New York | NY | 10005 | |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow, Benjamin M. Schak, and Justin G. Cunningham | 55 Hudson Yards | New York | NY | 10001-2163 | |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland and William R. Greendyke | 1301 McKinney Suite 5100 Fullbright Tower | Houston | TX | 77010-3095 | |
| Engine Systems Dba Marine Systems | | PO Box 301138 | | Dallas | TX | 75303-1138 | |
| Environmental Protection Agency | | Region 6 Main Office | 1445 Ross Avenue Suite 1200 | Dallas | TX | 75202 | |
| Environmental Protection Agency | Office of Enforcement and Compliance Assurance | Mail Code 2271A | 1200 Pennsylvania Ave | Washington | DC | 20460 | |
| EPA Region 1 | | 5 Post Office Square | Suite 100 | Boston | MA | 02109 | |
| EPA Region 2 | | 290 Broadway | | New York | NY | 10007-1866 | |
| EPA Region 3 | | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | |
| EPA Region 4 | | 61 Forsyth Street SW | Sam Nunn Atlanta Federal Center | Atlanta | GA | 30303-8960 | |
| EPA Region 6 | | 1201 Elm Street | Suite 500 | Dallas | TX | 75270 | |
| Flight Safety International | | PO Box 75691 | | Charlotte | NC | 28275 | |
| Florida Department of Environmental Protection | | 3900 Commonwealth Boulevard | | Tallahassee | FL | 32399-3000 | |
| Florida Office Of The Attorney General | | State Of Florida | The Capitol Pl?01 | Tallahassee | FL | 32399 | |
| Force Power Systems, LLC | c/o Staines, Eppling & Kenney APLC | Attn: Corey P. Parenton | 3500 N. Causeway Boulevard Suite 820 | Metairie | LA | 70002 | |
| Fortress Credit Co, LLC | Attn: David N. Brooks, General Counsel, David Sharpe, Credit Operations, and Apostolos Peristeris | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 | |
| Fortress Credit Co, LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow | 55 Hudson Yards | New York | NY | 10001-2163 | |
| Freehill, Hogan, & Mahar LLP | | 80 Pine Street | | New York | NY | 10005-1759 | |
| Georgia Environmental Protection Division | | 2 Martin Luther King Jr. Drive SE | Suite 1456 East Tower | Atlanta | GA | 30334 | |
| Georgia Office Of The Attorney General | | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| GMD Shipyard Corp. | | Brooklyn Navy Yard Bldg #595 | | Brooklyn | NY | 11205 | |
| GMD Shipyard Corp. | c/o Kennedy Lillis Schmidt & English | Attn: John T. Lillis Jr. | 75 Maiden Lane Suite 402 | New York | NY | 10038 | |
| Gulf Copper & Manufacturing | | 5700 Procter Street Ext | | Port Arthur | TX | 77554 | |
| Harris County, et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | Houston | TX | 77253-3064 | |
| Hartree Partners, LP | c/o Lugenbuhl Wheaton Peck Rankin & Hubbard | Attn: Benjamin W. Kadden, Christopher T. Caplinger, & Coleman L. Torrans | 601 Poydras St Pan American Life Center, Suite 2775 | New Orleans | LA | 70130 | |
| Hartree Partners, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Alex Cota, Christopher M. Guhin, & Matthew Garofalo | 180 Maiden Lane | New York | NY | 10038 | |
| Houston NFL Holdings, L.P. | c/o Winstead PC | Attn: Sean B. Davis | 600 Travis Street, Suite 5200 | Houston | TX | 77002 | |
| Intercontinental | | PO Box 9055 | | Kansas City | MO | 64168 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | Houston | TX | 77002 | |
| International Ship Repair | | 1616 Penny St | | Tampa | FL | 33602 | |
| International Ship Repair & Marine Services, Inc. | c/o Vaughn & Ramsey, PLLC | Attn: Daena G. Ramsey | 2000 E. Lamar Blvd., Suite 400 | Arlington | TX | 76006 | |
| JMB Capital Lending Partners, LLC | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Phillip Khezri, and Brent Weisenberg | 1251 Avenue of the Americas | New York | NY | 10020 | |
| Justin Peaslee | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street, 12th Floor | New York | NY | 10001 | |
| L & R Midland, Inc. | | 788 W Sam Houston Parkway N | Ste 200 | Houston | TX | 77024-4545 | |
| Louisiana Department of Environmental Quality | | 602 North Fifth Street | | Baton Rouge | LA | 70802 | |
| Louisiana Office Of The Attorney General | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Maine Department of Enviornmental Protection | | 17 State House Station | | Augusta | ME | 04333 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 1 of 2



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Maine Office Of The Attorney General | | 6 State House Station | | Augusta | ME | 04333 | |
| Marine Systems Inc. | | PO Box 301284 | | Dallas | TX | 75303-1284 | |
| Maryland Department of the Environment | | 1800 Washington Blvd | | Baltimore | MD | 21230 | |
| Maryland Office Of The Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Massachusetts Department of Environmental Protection | | 8 New Bond Street | | Worcester | MA | 01606 | |
| Massachusetts Office Of The Attorney General | | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 | |
| MCA Associates, Inc. | | 8 Sound Shore Drive | | Greenwich | CT | 06830 | |
| Metropolitan Marine Transporation, Inc. | | 2411 Richmond Road | | Staten Island | NY | 10306 | |
| Mississippi Department of Environmental Quality | Attn: Legal Dept | PO Box 2249 | | Jackson | MS | 39225 | |
| Mississippi Office Of The Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | 2300 N. Field St. Suite 2300 | Dallas | TX | 75201 | |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin | One Bryant Park | New York | NY | 10036 | |
| Murphy, Rogers, Sloss & Gambel | | One Shell Square | | New Orleans | LA | 70139-7909 | |
| New Hampshire Department of Environmental Services | | PO Box 95 | | Concord | NH | 03302-0095 | |
| New Hampshire Office Of The Attorney General | | NH Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| New Jersey Department of Environmental Protection | | 401 East State Street | PO Box 402 Mailing Code: 401-07 | Trenton | NJ | 8625 | |
| New Jersey Office Of The Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | Trenton | NJ | 08611 | |
| New York Department of Environmental Protection | | 59-17 Junction Boulevard 13th Floor | | Flushing | NY | 11373 | |
| New York Office Of The Attorney General | Attn: Litigation Bureau | Justice Building, 2nd Floor | | Albany | NY | 12224 | |
| North Carolina Attorney General'S Office | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| North Carolina Department of Environmental Quality | | 217 West Jones Street | | Raleigh | NC | 27603 | |
| Northeastern Air Management Corp. | | 8200 Republic Airport | Ste 8 | Farmingdale | NY | 11735 | |
| Novum Energy Trading Inc. | c/o The McLauchlan Law Group LLC | Attn: Peter A. McLauchlan | 950 Echo Lane Suite 200 | Houston | TX | 77024 | |
| Novum Energy Trading, Inc. | c/o The McLauchlan Law Group LLC | Attn: David C. McLauchlan | 401 N. Michigan Avenue, Suite 1200 | Chicago | IL | 60611 | |
| NRE Power Systems Incorporated | | 8440 Solutions Center | | Chicago | IL | 60677-8004 | |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 | |
| Official Committee of Unsecured Creditors | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi, Matthew M. Roose, and Daniel G. Egan | 1211 Avenue of the Americas | New York | NY | 10036-8704 | |
| Owen Petersen & Company | | 399 Route 109 Suite 2 | | West Babylon | NY | 11704-6213 | |
| PBF Holding Company, LLC; Paulsboro Refining Company, LLC; and Delaware City Refining Company, LLC | c/o Jones Walker LLP | Attn: James E. Wright III, Laura F. Ashley, and Madison M. Tucker | 201 St. Charles Avenue, Suite 5100 | New Orleans | LA | 70170 | |
| Platts | | PO Box 848093 | | Dallas | TX | 75284-8093 | |
| Plaza Marine, Incorporated / Harbor Plaza Consolidated | | PO Box 842610 | | Boston | MA | 02284-02610 | |
| Rhode Island Bureau of Environmental Protection | Attn: Terrence Gray | 235 Promenade St. | | Providence | RI | 02908 | |
| Rhode Island Office Of The Attorney General | | 150 S Main St | | Providence | RI | 02903 | |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Randy W. Williams, Ryan E. Chapple, and Chelsea L. Schell | 400 W. 15th Street Suite 900 | Austin | TX | 78701 | |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Ryan E. Chapple and Chelsea L. Schell | 400 W. 15th Street, Suite 900 | Austin | TX | 78701 | |
| Roger Hall | c/o Tabak, Mellusi & Shisha LLP | Attn: Jacob Shisha | 29 Broadway, Suite 2400 | New York | NY | 10006 | |
| Rolls-Royce PLC | HSBC Bank PLC | 62-76 Park Street | | London | | SE1 9WP | United Kingdom |
| Royston, Rayzor, Vickery and Williams | Attn: Blake Bachtel & David Walker | 1600 Smith Street Suite 5000 | | Houston | TX | 77002 | |
| Ryan Marine Services, Inc. | c/o William H. Seele, Julian & Seele P.C. | Attn: Andy Ryan | 1220 Blalock Road Suite 160 | Houston | TX | 77055-6473 | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Signature Bank | c/o Meyner and Landis LLP | Attn: David B. Grantz | One Gateway Center, Suite 2500 | Newark | NJ | 07102 | |
| Skout Monitoring | | 270 South Service Road | | Melvile | NY | 11747 | |
| South Carolina Department of Health and Environmental Control | | 2600 Bull Street | | Columbia | SC | 29201 | |
| South Carolina Office Of The Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| St Engineering Halter Marine | | PO Box 1308 | | Pascagoula | MS | 39568-1308 | |
| ST Engineering Halter Marine and Offshore, Inc. | c/o Bland & Partners, LLC | Attn: David S. Bland | 5500 Prytania St., #618 | New Orleans | LA | 70115 | |
| Stewart & Stevenson | | PO Box 301063 | | Dallas | TX | 75303-1063 | |
| T&T Offshore, Inc. | c/o Schouest, Bamdas, Soshea & BenMaier, PLLC | Attn: Susan Noe Wilson, Thomas O. Deen, and Melissa Anderson | 1001 McKinney St. Ste 1400 | Houston | TX | 77002 | |
| Texas Commission on Environmental Quality | | PO Box 13087 | | Austin | TX | 78711-3087 | |
| Texas Office Of The Attorney General | | 300 W. 15th St | | Austin | TX | 78701 | |
| The Port Authority Of NY & NJ | | PO Box 95000 | | Philadelphia | PA | 19195-1517 | |
| Unclaimed Property Division of the Texas Comptroller of Public Accounts | c/o Office of the Attorney General of TX | Attn: Jason B. Binford & J. Casey Roy | Bankruptcy & Collections Division PO Box 12548-MC 008 | Austin | TX | 78711-2548 | |
| United States Attorney's Office for the Southern District of Texas | | 1000 Louisiana | Ste. 2300 | Houston | TX | 77002 | |
| United States of America | c/o Assistant United States Attorney SDTX | Attn: Richard A. Kincheloe | 1000 Louisiana St. Suite 2300 | Houston | TX | 77002 | |
| Unitedhealthcare Insurance Company | | 22703 Network Place | | Chicago | IL | 60673-1227 | |
| Virginia Department of Environmental Quality | | 1111 East Main Street | Suite 1400 | Richmond | VA | 23219 | |
| Virginia Office Of The Attorney General | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VT Halter Marine | Attn: D. Margaret Gambrell | 900 Bayou Casotte Pkwy | | Pascagoula | MS | 39581 | |
| VT Halter Marine, Inc. | c/o Bland & Partners, LLC | Attn: Allison Colon & David S. Bland | 5500 Prytania St., Box 618 | New Orleans | LA | 70115 | |
| Wells Fargo Bank, N.A. | c/o Reed Smith LLP | Attn: Lindsey L. Robin | 2850 N. Harwood Suite 1500 | Dallas | TX | 75201 | |
| Wells Fargo Bank, National Association | Attn: Edward P. Nallan, Jr. | 58 S. Service Road | Suite 100 | Melville | NY | 11747 | |
| Wells Fargo Bank, National Association | c/o Reed Smith LLP | Attn: Matthew E. Tashman | Three Logan Square 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: John E. Westerman & Mickee M. Hennessy | 1201 RXR Plaza | | Uniondale | NY | 11556 | |
| Yellow Fin Marine Consulting LLC | c/o Liskow & Lewis | Attn: Michael D. Rubenstein | 1001 Fannin Street Suite 1800 | Houston | TX | 77002 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A.R.M. Marine Supply, LLC | Attn: Michael Menditto | | sales@armmarinesupply.com |
| A.R.M. Marine Supply, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| Alabama Department of Environmental Management | | | ogcmail@adem.alabama.gov |
| American Bureau of Shipping | c/o Schouest, Bamdas, Soshea & BenMaier PLLC | Attn: Robert P. Vining, Michael W. Hogue | rvining@sbsblaw.com<br>mhogue@sbsblaw.com |
| Armorica Sales Inc. | | | chris@industrialmarinepaint.com |
| Billybey Marina Services, LLC | c/o Cozen O'Connor | Attn: Eric L. Scherling | escherling@cozen.com |
| Billybey Marina Services, LLC | c/o Cozen O'Connor, P.C. | Attn: Geoffrey D. Ferrer & Christopher Raleigh | craleigh@cozen.com |
| Bollinger Algiers, LLC, Bollinger Amelia Repair, LLC, Bollinger Marine Fabricators, LLC and Bollinger Shipyards Lockport, LLC | c/o Adams and Reese LLP | Attn: Scott R. Cheatham and Matthew Guy | scott.cheatham@arlaw.com<br>matthew.guy@arlaw.com |
| Boston Line & Service Co. Inc, and Coast Line Service Inc. | c/o Pusateri, Johnston, Guillot & Greenbaum, LLC | Attn: Aaron B. Greenbaum | aaron.greenbaum@pjgglaw.com |
| Bryce Babson, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Caddell Dry Dock & Repair Co., Inc. | c/o Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer | bkilmer@kcq-lawfirm.com |
| CFGI, LLC | C/O M&T | | info@cfgi.com |
| Claim for Christopher Bailey, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofman & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Clean Water Of New York, Inc. | | | rduca@cwofny.com |
| Connecticut Department of Energy and Environmental Protection | | | deep.webmaster@ct.gov |
| CRG Financial LLC | Attn: Jeffrey Kaplan | | jkaplan@crgfinancial.com |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Attn: Danny Meier | | dmeier@dfphj.com |
| Donjon Marine Co., Inc. | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| Donjon-Smit, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow, Benjamin M. Schak, and Justin G. Cunningham | tlomazow@milbank.com<br>bschak@milbank.com<br>jcunnin1@milbank.com |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland and William R. Greendyke | jason.boland@nortonrosefulbright.com<br>william.greendyke@nortonrosefulbright.com |
| Flight Safety International | | | support.flightbag@flightsafety.com<br>mfs-support@flightsafety.com |
| Florida Department of Environmental Protection | | | public.services@dep.state.fl.us |
| Force Power Systems, LLC | c/o Staines, Eppling & Kenney APLC | Attn: Corey P. Parenton | corey@seklaw.com |
| Fortress Credit Co, LLC | Attn: David N. Brooks, General Counsel, David Sharpe, Credit Operations, and Apostolos Peristeris | | gcredit@fortress.com<br>creditoperations@fortress.com<br>aperisteris@fortress.com<br>wanifowoshe@fortress.com |
| Fortress Credit Co, LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow | tlomazow@milbank.com |
| Freehill, Hogan, & Mahar LLP | | | reception@freehill.com |
| Georgia Environmental Protection Division | | | askepd@gaepd.org |
| GMD Shipyard Corp. | | | info@gmdshipyard.com |
| GMD Shipyard Corp. | c/o Kennedy Lillis Schmidt & English | Attn: John T. Lillis Jr. | jlillis@klselaw.com |
| Gulf Copper & Manufacturing | | | sales@gulfcopper.com |
| Harris County, et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@publicans.com |
| Hartree Partners, LP | c/o Lugenbuhl Wheaton Peck Rankin & Hubbard | Attn: Benjamin W. Kadden, Christopher T. Caplinger, & Coleman L. Torrans | bkadden@lawla.com<br>ccaplinger@lawla.com<br>ctorrans@lawla.com |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 1 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Hartree Partners, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Alex Cota, Christopher M. Guhin, & Matthew Garofalo | fmerola@stroock.com<br>acota@stroock.com<br>cguhin@stroock.com<br>mgarofalo@stroock.com |
| Houston NFL Holdings, L.P. | c/o Winstead PC | Attn: Sean B. Davis | sbdavis@winstead.com |
| Intercontinental | | | info@intercon.com |
| International Ship Repair | | | info@internationalship.com |
| International Ship Repair & Marine Services, Inc. | c/o Vaughn & Ramsey, PLLC | Attn: Daena G. Ramsey | dramsey@vrlaw.net |
| JMB Capital Lending Partners, LLC | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Phillip Khezri, and Brent Weisenberg | rhirsh@lowenstein.com<br>pkhezri@lowenstein.com<br>bweisenberg@lowenstein.com |
| Justin Peaslee | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Morton S. Bouchard, III | | | msbiii@bouchardtransport.com |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | mbrimmage@akingump.com |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin | pdublin@akingump.com |
| Murphy, Rogers, Sloss & Gambel | | | firm@mrsnola.com |
| New York Department of Environmental Protection | | | waterboardbankruptcy@dep.nyc.gov |
| Northeastern Air Management Corp. | | | charter@neajets.com |
| Novum Energy Trading Inc. | c/o The McLauchlan Law Group LLC | Attn: Peter A. McLauchlan | peter@mclauchlanlawgroup.com |
| Novum Energy Trading, Inc. | c/o The McLauchlan Law Group LLC | Attn: David C. McLauchlan | david@mclauchlanlawgroup.com |
| NRE Power Systems Incorporated | | | power@nrepowersystems.com |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Hector Duran, Jr. and Stephen Douglas Statham | | hector.duran.jr@usdoj.gov<br>stephen.statham@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi, Matthew M. Roose, and Daniel G. Egan | gregg.galardi@ropesgray.com<br>matthew.roose@ropesgray.com<br>daniel.egan@ropesgray.com |
| Owen Petersen & Company | | | info@owenpetersen.com |
| PBF Holding Company, LLC; Paulsboro Refining Company, LLC; and Delaware City Refining Company, LLC | c/o Jones Walker LLP | Attn: James E. Wright III, Laura F. Ashley, and Madison M. Tucker | jwright@joneswalker.com<br>lashley@joneswalker.com<br>mtucker@joneswalker.com |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Randy W. Williams, Ryan E. Chapple, and Chelsea L. Schell | rchapple@cstrial.com<br>rwilliams@cstrial.com<br>cschell@cstrial.com |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Ryan E. Chapple and Chelsea L. Schell | rchapple@cstrial.com<br>cschell@cstrial.com |
| Roger Hall | c/o Tabak, Mellusi & Shisha LLP | Attn: Jacob Shisha | jshisha@sealawyers.com |
| Rolls-Royce PLC | HSBC Bank PLC | | richard.wray@rolls-royce.com |
| Royston, Rayzor, Vickery and Williams | Attn: Blake Bachtel & David Walker | | blake.bachtel@roystonlaw.com<br>blake.bachtel@roystonlaw.com |
| Ryan Marine Services, Inc. | c/o William H. Seele, Julian & Seele P.C. | Attn: Andy Ryan | wseele@julianandseele.com |
| Signature Bank | c/o Meyner and Landis LLP | Attn: David B. Grantz | dgrantz@meyner.com |
| Skout Monitoring | | | info@getskout.com |
| St Engineering Halter Marine | | | linapoa@stengg.com |
| ST Engineering Halter Marine and Offshore, Inc. | c/o Bland & Partners, LLC | Attn: David S. Bland | dbland@blandpartners.com<br>rvizzini@blandpartners.com |
| T&T Offshore, Inc. | c/o Schouest, Bamdas, Soshea & BenMaier, PLLC | Attn: Susan Noe Wilson, Thomas O. Deen, and Melissa Anderson | snoewilson@sbsblaw.com<br>tdeen@sbsblaw.com<br>manderson@sbsblaw.com |
| The Port Authority Of NY & NJ | | | speakers@panynj.gov |
| Unclaimed Property Division of the Texas Comptroller of Public Accounts | c/o Office of the Attorney General of TX | Attn: Jason B. Binford & J. Casey Roy | jason.binford@oag.texas.gov<br>casey.roy@oag.texas.gov |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| United States Attorney's Office for the Southern District of Texas | | | usatxs.atty@usdoj.gov |
| United States of America | c/o Assistant United States Attorney SDTX | Attn: Richard A. Kincheloe | richard.kincheloe@usdoj.gov |
| VT Halter Marine | Attn: D. Margaret Gambrell | | m.gambrell@vthm.com<br>corporatecommunications@vthm.com |
| VT Halter Marine, Inc. | c/o Bland & Partners, LLC | Attn: Allison Colon & David S. Bland | acolon@blandpartners.com<br>rvizzini@blandpartners.com<br>dbland@blandpartners.com |
| Wells Fargo Bank, N.A. | c/o Reed Smith LLP | Attn: Lindsey L. Robin | lrobin@reedsmith.com |
| Wells Fargo Bank, National Association | c/o Reed Smith LLP | Attn: Matthew E. Tashman | mtashman@reedsmith.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: John E. Westerman & Mickee M. Hennessy | | jwesterman@westermanllp.com<br>mhennessy@westermanllp.com |
| Yellow Fin Marine Consulting LLC | c/o Liskow & Lewis | Attn: Michael D. Rubenstein | mdrubenstein@liskow.com |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 3 of 3