IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOUCHARD TRANSPORTATION CO, INC., *et al.*,[1] | Case No. 20-34682 (DRJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TERMINATION OF
STIPULATION AND AGREEMENT BY AND AMONG MORTON S.
BOUCHARD, III AND BOUCHARD TRANSPORTATION CO., INC., ET AL.**

**PLEASE TAKE NOTICE** that on April 22, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Morton S. Bouchard, III ("Mr. Bouchard") entered into that certain *Stipulation and Agreement By and Among Morton S. Bouchard, III and Bouchard Transportation Co., Inc., et Al.* (the "Stipulation and Agreement"), pursuant to which Mr. Bouchard agreed to provide the Debtors' chief restructuring officer (the "CRO") and boards of directors with consultation regarding the operation of the Debtors' businesses (collectively, the "Services").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 8(iii) of the Stipulation and Agreement, the CRO hereby gives written notice of termination of the provision of Services under the Stipulation and Agreement.

**PLEASE TAKE FURTHER NOTICE** that, as a result, the Stipulation and Agreement shall terminate on the date hereof in accordance with its terms.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debtors' service address is:  58 South Service Road, Suite 150, Melville, New York 11747.

KE 76692916

Houston, Texas
May 12, 2021

*/s/ Matthew Ray*
Matthew Ray
Chief Restructuring Officer of the Debtors and Debtors in Possession

**Certificate of Service**

      I certify that on May 12, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Matthew D. Cavenaugh*
                                                Matthew D. Cavenaugh