

ENTERED
05/13/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) Case No. 20-34682 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 787** |

### ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF PORTAGE POINT PARTNERS, LLC, RESTRUCTURING ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JANUARY 1, 2021, THROUGH AND INCLUDING MARCH 31, 2021

This matter came on for consideration upon Portage Point Partners, LLC's second interim fee application (the "Fee Application") for the allowance of compensation and reimbursement of expenses for the period from January 1, 2021, through and including March 31, 2021 (the "Fee Period") filed by Portage Point Partners, LLC ("Portage Point"); and it appearing to the Court that notice of the Fee Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules of this District; it is hereby ORDERED that:

1. The relief requested in the Fee Application is hereby granted.

2. Portage Point is allowed $695,588.70 for professional services rendered during the Fee Period.

3. The Debtors are authorized to pay Portage Point the outstanding balance of compensation and expenses incurred for the Fee Period.

---

[1]  Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debtors' service address is:  58 South Service Road, Suite 150, Melville, New York 11747.

KE 76100359.1

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: May 12, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE