IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BOUCHARD TRANSPORTATION CO., INC. *et al.*[1] | ) Case No. 20-34682 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Felicia J. Turner, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the Office of the U.S. Trustee SDTX, at Attn: Hector Jr. & Stephen Statham, 515 Rusk Street Suite 3516, Houston, TX 77002 and via electronic mail on the service list attached hereto as **Exhibit A**:

- **Second Interim Fee Application of Kirkland & Ellis LLP And Kirkland & Ellis International LLP, Attorneys for The Debtors and Debtors in Possession, for the Interim Fee Period from January 1, 2021 Through and Including March 31, 2021** (Docket No. 882)

Furthermore, on May 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Termination of Stipulation and Agreement by and Among Morton S. Bouchard, III and Bouchard Transportation Co., Inc., et al.** (Docket No. 883)

Dated: May 14, 2021

*/s/ Felicia J. Turner*
Felicia J. Turner
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.923.1038
Email: TeamBouchard@stretto.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https:/cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, New York 11747.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Hector Duran, Jr. and Stephen Douglas Statham | Hector.Duran.Jr@usdoj.gov; stephen.statham@usdoj.gov |
| Bouchard Transportation Co., Inc. | Attn: CEO | JScheulen@bouchardtransport.com |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 1 of 1

# **<u>Exhibit B</u>**

Case 20-34682   Document 887   Filed in TXSB on 05/14/21   Page 5 of 10



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 58/68 S. Service Road SPE LLC | c/o RXR Realty | Attn: Frank Pusinelli and Molly Siegal | 625 RXR Plaza | | Uniondale | NY | 11556 | |
| A.R.M. Marine Supply, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street | 7th Floor | New York | NY | 10005 | |
| A.R.M. Marine Supply, LLC | Attn: Michael Menditto | 1249 86th Street | | | Brooklyn | NY | 11228 | |
| Alabama Department of Environmental Management | | 1400 Coliseum Boulevard | | | Montgomery | AL | 36110-2400 | |
| Alabama Office Of The Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 | |
| American Bureau of Shipping | c/o Schouest, Bamdas, Soshea & BenMaier PLLC | Attn: Robert P. Vining, Michael W. Hogue | 1001 McKinney St. | Suite 1400 | Houston | TX | 77002 | |
| Armorica Sales Inc. | | 2589 Richmond Terrace | | | Staten Island | NY | 10310 | |
| Billybey Marina Services, LLC | c/o Cozen O'Connor, P.C. | Attn: Geoffrey D. Ferrer & Christopher Raleigh | 3 WTC, 175 Greenwich Street - 55th | | New York | NY | 10007 | |
| Billybey Marina Services, LLC | c/o Cozen O'Connor | Attn: Eric L. Scherling | 1650 Market Street Suite 2800 | | Philadelphia | PA | 19103 | |
| Bollinger Algiers, LLC, Bollinger Amelia Repair, LLC, Bollinger Marine Fabricators, LLC and Bollinger Shipyards Lockport, LLC | c/o Adams and Reese LLP | Attn: Scott R. Cheatham and Matthew Guy | 701 Poydras Street | Suite 4500 | New Orleans | LA | 70139 | |
| Boston Line & Service Co. Inc, and Coast Line Service Inc. | c/o Pusateri, Johnston, Guillot & Greenbaum, LLC | Attn: Aaron B. Greenbaum | 1100 Poydras Street, Suite 2250 | | New Orleans | LA | 70163 | |
| Bryce Babson, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street | 12th Floor | New York | NY | 10001 | |
| Caddell Dry Dock & Repair Co., Inc. | c/o Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer | 712 Main Street Ste 1100 | | Houston | TX | 77002 | |
| CFGI, LLC | C/O M&T | Lockbox 8000159 | | | Amherst | NY | 14228 | |
| Claim for Christopher Bailey, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofman & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street | 12th Floor | New York | NY | 10001 | |
| Clean Water Of New York, Inc. | | 3249 Richmond Terrace | | | Staten Island | NY | 10303-0312 | |
| Connecticut Department of Energy and Environmental Protection | | 79 Elm Street | | | Hartford | CT | 06106-5127 | |
| Connecticut Office Of The Attorney General | | 55 Elm St | | | Hartford | CT | 06106 | |
| CRG Financial LLC | Attn: Jeffrey Kaplan | 100 Union Ave. | Suite 240 | | Cresskill | NJ | 07626 | |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Attn: Danny Meier | 100 N Broadway Ave | Suite 2000 | | Oklahoma City | OK | 73102 | |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| Delaware Department of Natural Resources and Environmental Control | | 89 Kings Highway | | | Dover | DE | 19901 | |
| Donjon Marine Co., Inc. | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street 7th Floor | | New York | NY | 10005 | |
| Donjon-Smit, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | 88 Pine Street 7th Floor | | New York | NY | 10005 | |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow, Benjamin M. Schak, and Justin G. Cunningham | 55 Hudson Yards | | New York | NY | 10001-2163 | |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland and William R. Greendyke | 1301 McKinney Suite 5100 | Fullbright Tower | Houston | TX | 77010-3095 | |
| Engine Systems Dba Marine Systems | | PO Box 301138 | | | Dallas | TX | 75303-1138 | |
| Environmental Protection Agency | | Region 6 Main Office | 1445 Ross Avenue | Suite 1200 | Dallas | TX | 75202 | |
| Environmental Protection Agency | Office of Enforcement and Compliance Assurance | Mail Code 2271A | 1200 Pennsylvania Ave | | Washington | DC | 20460 | |
| EPA Region 1 | | 5 Post Office Square | Suite 100 | | Boston | MA | 02109 | |
| EPA Region 2 | | 290 Broadway | | | New York | NY | 10007-1866 | |
| EPA Region 3 | | 1650 Arch Street | | | Philadelphia | PA | 19103-2029 | |
| EPA Region 4 | | 61 Forsyth Street SW | Sam Nunn Atlanta Federal Center | | Atlanta | GA | 30303-8960 | |
| EPA Region 6 | | 1201 Elm Street | Suite 500 | | Dallas | TX | 75270 | |
| Flight Safety International | | PO Box 75691 | | | Charlotte | NC | 28275 | |
| Florida Department of Environmental Protection | | 3900 Commonwealth Boulevard | | | Tallahassee | FL | 32399-3000 | |
| Florida Office Of The Attorney General | | State Of Florida | The Capitol Pl?01 | | Tallahassee | FL | 32399 | |
| Force Power Systems, LLC | c/o Staines, Eppling & Kenney APLC | Attn:  Corey P. Parenton | 3500 N. Causeway Boulevard | Suite 820 | Metairie | LA | 70002 | |
| Fortress Credit Co, LLC | Sharpe, Credit Operations, and Apostolos | 1345 Avenue of the Americas | 46th Floor | | New York | NY | 10105 | |
| Fortress Credit Co, LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow | 55 Hudson Yards | | New York | NY | 10001-2163 | |
| Freehill, Hogan, & Mahar LLP | | 80 Pine Street | | | New York | NY | 10005-1759 | |
| Georgia Environmental Protection Division | | 2 Martin Luther King Jr. Drive SE | Suite 1456 | East Tower | Atlanta | GA | 30334 | |
| Georgia Office Of The Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 | |
| GMD Shipyard Corp. | | Brooklyn Navy Yard Bldg #595 | | | Brooklyn | NY | 11205 | |
| GMD Shipyard Corp. | c/o Kennedy Lillis Schmidt & English | Attn: John T. Lillis Jr. | 75 Maiden Lane Suite 402 | | New York | NY | 10038 | |
| Gulf Copper & Manufacturing | | 5700 Procter Street Ext | | | Port Arthur | TX | 77554 | |
| Harris County, et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Hartree Partners, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Alex Cota, Christopher M. Guhin, & Matthew Garofalo | 180 Maiden Lane | | New York | NY | 10038 | |
| Hartree Partners, LP | c/o Lugenbuhl Wheaton Peck Rankin & Hubbard | Attn: Benjamin W. Kadden, Christopher T. Caplinger, & Coleman L. Torrans | 601 Poydras St | Pan American Life Center, Suite 2775 | New Orleans | LA | 70130 | |
| Houston NFL Holdings, L.P. | c/o Winstead PC | Attn: Sean B. Davis | 600 Travis Street, Suite 5200 | | Houston | TX | 77002 | |
| Intercontinental | | PO Box 9055 | | | Kansas City | MO | 64168 | |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | | Houston | TX | 77002 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| International Ship Repair | | 1616 Penny St | | | Tampa | FL | 33602 | |
| International Ship Repair and Marine Services, Inc. | c/o Cantey Hanger LLP | Attn: Daena G. Ramsey | 4514 Cole Avenue | Suite 500 | Dallas | TX | 75205 | |
| JMB Capital Lending Partners, LLC | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Phillip Khezri, and Brent Weisenberg | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Justin Peaslee | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | 212 West 35th Street | 12th Floor | New York | NY | 10001 | |
| L & R Midland, Inc. | | 788 W Sam Houston Parkway N | Ste 200 | | Houston | TX | 77024-4545 | |
| Louisiana Department of Environmental Quality | | 602 North Fifth Street | | | Baton Rouge | LA | 70802 | |
| Louisiana Office Of The Attorney General | | 1885 N. Third St | | | Baton Rouge | LA | 70802 | |
| Maine Department of Enviornmental Protection | | 17 State House Station | | | Augusta | ME | 04333 | |
| Maine Office Of The Attorney General | | 6 State House Station | | | Augusta | ME | 04333 | |
| Marine Systems Inc. | | PO Box 301284 | | | Dallas | TX | 75303-1284 | |
| Maryland Department of the Environment | | 1800 Washington Blvd | | | Baltimore | MD | 21230 | |
| Maryland Office Of The Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| Massachusetts Department of Environmental Protection | | 8 New Bond Street | | | Worcester | MA | 01606 | |
| Massachusetts Office Of The Attorney General | | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)
Page 1 of 2



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MCA Associates, Inc. | | 8 Sound Shore Drive | | | Greenwich | CT | 06830 | |
| Metropolitan Marine Transporation, Inc. | | 2411 Richmond Road | | | Staten Island | NY | 10306 | |
| Mississippi Department of Environmental Quality | Attn: Legal Dept | PO Box 2249 | | | Jackson | MS | 39225 | |
| Mississippi Office Of The Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Morton S. Bouchard III And Morton S. Bouchard III 2017 Family Trust | | 58 South Service Road | | | Melville | NY | 11747 | |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | 2300 N. Field St. Suite 2300 | | Dallas | TX | 75201 | |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin | One Bryant Park | | New York | NY | 10036 | |
| Murphy, Rogers, Sloss & Gambel | | One Shell Square | | | New Orleans | LA | 70139-7909 | |
| New Hampshire Department of Environmental Services | | PO Box 95 | | | Concord | NH | 03302-0095 | |
| New Hampshire Office Of The Attorney General | | NH Department Of Justice | 33 Capitol St. | | Concord | NH | 03301 | |
| New Jersey Department of Environmental Protection | | 401 East State Street | PO Box 402 | Mailing Code: 401-07 | Trenton | NJ | 8625 | |
| New Jersey Office Of The Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | | Trenton | NJ | 08611 | |
| New York Department of Environmental Protection | | 59-17 Junction Boulevard 13th Floor | | | Flushing | NY | 11373 | |
| New York Office Of The Attorney General | Attn: Litigation Bureau | Justice Building, 2nd Floor | | | Albany | NY | 12224 | |
| North Carolina Attorney General'S Office | | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| North Carolina Department of Environmental Quality | | 217 West Jones Street | | | Raleigh | NC | 27603 | |
| Northeastern Air Management Corp. | Attn: Peter J. Montemurro | 8200 Republic Airport | | | Farmingdale | NY | 11735 | |
| Novum Energy Trading Inc. | c/o The McLauchlan Law Group LLC | Attn: Peter A. McLauchlan | 950 Echo Lane Suite 200 | | Houston | TX | 77024 | |
| Novum Energy Trading, Inc. | c/o The McLauchlan Law Group LLC | Attn: David C. McLauchlan | 401 N. Michigan Avenue, Suite 1200 | | Chicago | IL | 60611 | |
| NRE Power Systems Incorporated | | 8440 Solutions Center | | | Chicago | IL | 60677-8004 | |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Hector Duran, Jr. and Stephen Douglas Statham | 515 Rusk Street | Suite 3516 | | Houston | TX | 77002 | |
| Official Committee of Unsecured Creditors | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi, Matthew M. Roose, and Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | |
| Owen Petersen & Company | | 399 Route 109 Suite 2 | | | West Babylon | NY | 11704-6213 | |
| PBF Holding Company, LLC; Paulsboro Refining Company, LLC; and Delaware City Refining Company, LLC | c/o Jones Walker LLP | Attn: James E. Wright III, Laura F. Ashley, and Madison M. Tucker | 201 St. Charles Avenue, Suite 5100 | | New Orleans | LA | 70170 | |
| Platts | | PO Box 848093 | | | Dallas | TX | 75284-8093 | |
| Plaza Marine, Incorporated / Harbor Plaza Consolidated | | PO Box 842610 | | | Boston | MA | 02284-02610 | |
| Rhode Island Bureau of Environmental Protection | Attn: Terrence Gray | 235 Promenade St. | | | Providence | RI | 02908 | |
| Rhode Island Office Of The Attorney General | | 150 S Main St | | | Providence | RI | 02903 | |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Randy W. Williams, Ryan E. Chapple, and Chelsea L. Schell | 400 W. 15th Street Suite 900 | | Austin | TX | 78701 | |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Ryan E. Chapple and Chelsea L. Schell | 400 W. 15th Street, Suite 900 | | Austin | TX | 78701 | |
| Roger Hall | c/o Tabak, Mellusi & Shisha LLP | Attn: Jacob Shisha | 29 Broadway, Suite 2400 | | New York | NY | 10006 | |
| Rolls-Royce PLC | HSBC Bank PLC | 62-76 Park Street | | | London | | SE1 9WP | United Kingdom |
| Royston, Rayzor, Vickery and Williams | Attn: Blake Bachtel & David Walker | 1600 Smith Street Suite 5000 | | | Houston | TX | 77002 | |
| Ryan Marine Services, Inc. | c/o William H. Seele, Julian & Seele P.C. | Attn: Andy Ryan | 1220 Blalock Road Suite 160 | | Houston | TX | 77055-6473 | |
| Securities and Exchange Commission | Attn: Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Signature Bank | c/o Meyner and Landis LLP | Attn: David B. Grantz | One Gateway Center, Suite 2500 | | Newark | NJ | 07102 | |
| Skout Monitoring | | 270 South Service Road | | | Melvile | NY | 11747 | |
| South Carolina Department of Health and Environmental Control | | 2600 Bull Street | | | Columbia | SC | 29201 | |
| South Carolina Office Of The Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 | |
| St Engineering Halter Marine | | PO Box 1308 | | | Pascagoula | MS | 39568-1308 | |
| ST Engineering Halter Marine and Offshore, Inc. | c/o Bland & Partners, LLC | Attn: David S. Bland | 5500 Prytania St., #618 | | New Orleans | LA | 70115 | |
| Stewart & Stevenson | | PO Box 301063 | | | Dallas | TX | 75303-1063 | |
| T&T Offshore, Inc. | c/o Schouest, Bamdas, Soshea & BenMaier, PLLC | Attn: Susan Noe Wilson, Thomas O. Deen, and Melissa Anderson | 1001 McKinney St. Ste 1400 | | Houston | TX | 77002 | |
| Texas Commission on Environmental Quality | | PO Box 13087 | | | Austin | TX | 78711-3087 | |
| Texas Office Of The Attorney General | | 300 W. 15th St | | | Austin | TX | 78701 | |
| The Port Authority of NY & NJ | | PO Box 95000 | | | Philadelphia | PA | 19195-1517 | |
| Unclaimed Property Division of the Texas Comptroller of Public Accounts | c/o Office of the Attorney General of TX | Attn: Jason B. Binford & J. Casey Roy | Bankruptcy & Collections Division | PO Box 12548-MC 008 | Austin | TX | 78711-2548 | |
| United States Attorney's Office for the Southern District of Texas | | 1000 Louisiana | Ste. 2300 | | Houston | TX | 77002 | |
| United States of America | c/o Assistant United States Attorney SDTX | Attn: Richard A. Kincheloe | 1000 Louisiana St. Suite 2300 | | Houston | TX | 77002 | |
| Unitedhealthcare Insurance Company | | 22703 Network Place | | | Chicago | IL | 60673-1227 | |
| Virginia Department of Environmental Quality | | 1111 East Main Street | Suite 1400 | | Richmond | VA | 23219 | |
| Virginia Office Of The Attorney General | | 202 N. Ninth St. | | | Richmond | VA | 23219 | |
| VT Halter Marine | Attn: D. Margaret Gambrell | 900 Bayou Casotte Pkwy | | | Pascagoula | MS | 39581 | |
| VT Halter Marine, Inc. | c/o Bland & Partners, LLC | Attn: Allison Colon & David S. Bland | 5500 Prytania St., Box 618 | | New Orleans | LA | 70115 | |
| Wells Fargo Bank, N.A. | c/o Reed Smith LLP | Attn: Lindsey L. Robin | 2850 N. Harwood Suite 1500 | | Dallas | TX | 75201 | |
| Wells Fargo Bank, National Association | c/o Reed Smith LLP | Attn: Matthew E. Tashman | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | |
| Wells Fargo Bank, National Association | Attn:  Edward P. Nallan, Jr. | 58 S. Service Road | Suite 100 | | Melville | NY | 11747 | |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: John E. Westerman & Mickee M. Hennessy | 1201 RXR Plaza | | | Uniondale | NY | 11556 | |
| Yellow Fin Marine Consulting LLC | c/o Liskow & Lewis | Attn: Michael D. Rubenstein | 1001 Fannin Street Suite 1800 | | Houston | TX | 77002 | |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 2 of 2

# **<u>Exhibit C</u>**



## Exhibit C
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A.R.M. Marine Supply, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| A.R.M. Marine Supply, LLC | Attn: Michael Menditto | | sales@armmarinesupply.com |
| Alabama Department of Environmental Management | | | ogcmail@adem.alabama.gov |
| American Bureau of Shipping | c/o Schouest, Bamdas, Soshea & BenMaier PLLC | Attn: Robert P. Vining, Michael W. Hogue | rvining@sbsblaw.com<br>mhogue@sbsblaw.com |
| Armorica Sales Inc. | | | chris@industrialmarinepaint.com |
| Billybey Marina Services, LLC | c/o Cozen O'Connor | Attn: Eric L. Scherling | escherling@cozen.com |
| Billybey Marina Services, LLC | c/o Cozen O'Connor, P.C. | Attn: Geoffrey D. Ferrer & Christopher | craleigh@cozen.com |
| Bollinger Algiers, LLC, Bollinger Amelia Repair, LLC, Bollinger Marine Fabricators, LLC and Bollinger Shipyards Lockport, LLC | c/o Adams and Reese LLP | Attn: Scott R. Cheatham and Matthew Guy | scott.cheatham@arlaw.com<br>matthew.guy@arlaw.com |
| Boston Line & Service Co. Inc, and Coast Line Service Inc. | c/o Pusateri, Johnston, Guillot & Greenbaum, LLC | Attn: Aaron B. Greenbaum | aaron.greenbaum@pjgglaw.com |
| Bryce Babson, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Caddell Dry Dock & Repair Co., Inc. | c/o Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer | bkilmer@kcq-lawfirm.com |
| CFGI, LLC | C/O M&T | | info@cfgi.com |
| Claim for Christopher Bailey, et al., Individually and on Behalf of the Class of Certain Maritime Employees of Debtor | c/o Hofman & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Clean Water Of New York, Inc. | | | rduca@cwofny.com |
| Connecticut Department of Energy and Environmental Protection | | | deep.webmaster@ct.gov |
| CRG Financial LLC | Attn: Jeffrey Kaplan | | jkaplan@crgfinancial.com |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Attn: Danny Meier | | dmeier@dfphj.com |
| Donjon Marine Co., Inc. | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| Donjon-Smit, LLC | c/o Nicoletti Hornig & Sweeney | Attn: Val Wamser | vwamser@nicolettihornig.com |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland and William R. Greendyke | jason.boland@nortonrosefulbright.com<br>william.greendyke@nortonrosefulbright.com |
| Drawbridge Special Opportunities Fund LP and DBDB Funding LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow, Benjamin M. Schak, and Justin G. Cunningham | tlomazow@milbank.com<br>bschak@milbank.com<br>jcunnin1@milbank.com |
| Flight Safety International | | | support.flightbag@flightsafety.com<br>mfs-support@flightsafety.com |
| Florida Department of Environmental Protection | | | public.services@dep.state.fl.us |
| Force Power Systems, LLC | c/o Staines, Eppling & Kenney APLC | Attn: Corey P. Parenton | corey@seklaw.com |
| Fortress Credit Co, LLC | c/o Milbank LLP | Attn: Tyson M. Lomazow | tlomazow@milbank.com |
| Fortress Credit Co, LLC | Attn: David N. Brooks, General Counsel, David Sharpe, Credit Operations, and Apostolos Peristeris | | gcredit@fortress.com<br>creditoperations@fortress.com<br>aperisteris@fortress.com<br>wanifowoshe@fortress.com |
| Freehill, Hogan, & Mahar LLP | | | reception@freehill.com |
| Georgia Environmental Protection Division | | | askepd@gaepd.org |
| GMD Shipyard Corp. | c/o Kennedy Lillis Schmidt & English | Attn: John T. Lillis Jr. | jlillis@klselaw.com |
| GMD Shipyard Corp. | | | info@gmdshipyard.com |
| Gulf Copper & Manufacturing | | | sales@gulfcopper.com |
| Harris County, et al. | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@publicans.com |
| Hartree Partners, LP | c/o Lugenbuhl Wheaton Peck Rankin & Hubbard | Attn: Benjamin W. Kadden, Christopher T. Caplinger, & Coleman L. Torrans | bkadden@lawla.com<br>ccaplinger@lawla.com<br>ctorrans@lawla.com |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 1 of 3



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Hartree Partners, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Alex Cota, Christopher M. Guhin, & Matthew Garofalo | fmerola@stroock.com acota@stroock.com cguhin@stroock.com mgarofalo@stroock.com |
| Houston NFL Holdings, L.P. | c/o Winstead PC | Attn: Sean B. Davis | sbdavis@winstead.com |
| Intercontinental | | | info@intercon.com |
| International Ship Repair | | | info@internationalship.com |
| International Ship Repair and Marine Services, Inc. | c/o Cantey Hanger LLP | Attn: Daena G. Ramsey | dramsey@canteyhanger.com |
| JMB Capital Lending Partners, LLC | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Phillip Khezri, and Brent Weisenberg | rhirsh@lowenstein.com pkhezri@lowenstein.com bweisenberg@lowenstein.com |
| Justin Peaslee | c/o Hofmann & Schweitzer | Attn: Paul T. Hofmann | paulhofmann@hofmannlawfirm.com |
| Morton S. Bouchard, III | | | MSBIII@bouchardtransport.com |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | mbrimmage@akingump.com |
| Morton S. Bouchard, III, and his Affiliates | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin | pdublin@akingump.com |
| Murphy, Rogers, Sloss & Gambel | | | firm@mrsnola.com |
| New York Department of Environmental Protection | | | waterboardbankruptcy@dep.nyc.gov |
| Northeastern Air Management Corp. | Attn: Peter J. Montemurro | | peterm@neajets.com |
| Novum Energy Trading Inc. | c/o The McLauchlan Law Group LLC | Attn: Peter A. McLauchlan | peter@mclauchlanlawgroup.com |
| Novum Energy Trading, Inc. | c/o The McLauchlan Law Group LLC | Attn: David C. McLauchlan | david@mclauchlanlawgroup.com |
| NRE Power Systems Incorporated | | | power@nrepowersystems.com |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Hector Duran, Jr. and Stephen Douglas Statham | | Hector.Duran.Jr@usdoj.gov stephen.statham@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi, Matthew M. Roose, and Daniel G. Egan | gregg.galardi@ropesgray.com matthew.roose@ropesgray.com daniel.egan@ropesgray.com |
| Owen Petersen & Company | | | info@owenpetersen.com |
| PBF Holding Company, LLC; Paulsboro Refining Company, LLC; and Delaware City Refining Company, LLC | c/o Jones Walker LLP | Attn: James E. Wright III, Laura F. Ashley, and Madison M. Tucker | jwright@joneswalker.com lashley@joneswalker.com mtucker@joneswalker.com |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Randy W. Williams, Ryan E. Chapple, and Chelsea L. Schell | rchapple@cstrial.com rwilliams@cstrial.com cschell@cstrial.com |
| Robert Dunham, Timothy Lerette, and Lonnie Roberts | c/o Cain & Skarnulis PLLC | Attn: Ryan E. Chapple and Chelsea L. Schell | rchapple@cstrial.com cschell@cstrial.com |
| Roger Hall | c/o Tabak, Mellusi & Shisha LLP | Attn: Jacob Shisha | jshisha@sealawyers.com |
| Rolls-Royce PLC | HSBC Bank PLC | | richard.wray@rolls-royce.com |
| Royston, Rayzor, Vickery and Williams | Attn: Blake Bachtel & David Walker | | blake.bachtel@roystonlaw.com blake.bachtel@roystonlaw.com |
| Ryan Marine Services, Inc. | c/o William H. Seele, Julian & Seele P.C. | Attn: Andy Ryan | wseele@julianandseele.com |
| Signature Bank | c/o Meyner and Landis LLP | Attn: David B. Grantz | dgrantz@meyner.com |
| Skout Monitoring | | | info@getskout.com |
| St Engineering Halter Marine | | | linapoa@stengg.com |
| ST Engineering Halter Marine and Offshore, Inc. | c/o Bland & Partners, LLC | Attn: David S. Bland | dbland@blandpartners.com rvizzini@blandpartners.com |
| T&T Offshore, Inc. | c/o Schouest, Bamdas, Soshea & BenMaier, PLLC | Attn: Susan Noe Wilson, Thomas O. Deen, and Melissa Anderson | snoewilson@sbsblaw.com tdeen@sbsblaw.com manderson@sbsblaw.com |
| The Port Authority Of NY & NJ | | | speakers@panynj.gov |



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Unclaimed Property Division of the Texas Comptroller of Public Accounts | c/o Office of the Attorney General of TX | Attn: Jason B. Binford & J. Casey Roy | jason.binford@oag.texas.gov casey.roy@oag.texas.gov |
| United States Attorney's Office for the Southern District of Texas | | | usatxs.atty@usdoj.gov |
| United States of America | c/o Assistant United States Attorney SDTX | Attn: Richard A. Kincheloe | richard.kincheloe@usdoj.gov |
| VT Halter Marine | Attn: D. Margaret Gambrell | | m.gambrell@vthm.com corporatecommunications@vthm.com |
| VT Halter Marine, Inc. | c/o Bland & Partners, LLC | Attn: Allison Colon & David S. Bland | acolon@blandpartners.com rvizzini@blandpartners.com dbland@blandpartners.com |
| Wells Fargo Bank, N.A. | c/o Reed Smith LLP | Attn: Lindsey L. Robin | lrobin@reedsmith.com |
| Wells Fargo Bank, National Association | c/o Reed Smith LLP | Attn: Matthew E. Tashman | MTashman@ReedSmith.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: John E. Westerman & Mickee M. Hennessy | | jwesterman@westermanllp.com mhennessy@westermanllp.com |
| Yellow Fin Marine Consulting LLC | c/o Liskow & Lewis | Attn: Michael D. Rubenstein | mdrubenstein@liskow.com |

In re: Bouchard Transportation Co., Inc. et al.
Case No. 20-34682 (DRJ)

Page 3 of 3