IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOUCHARD TRANSPORTATION CO., INC., *et al.*,[1] | ) | Case No. 20-34682 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE WITH RESPECT TO THE EXTENSION OF THE DEADLINE TO DESIGNATE STALKING HORSE BIDDERS

**PLEASE TAKE NOTICE** that on June 8, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* [Docket No. 956] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and in accordance with section XVI of the bidding procedures attached as Exhibit 1 to the Bidding Procedures Order (the "Bidding Procedures"), the Debtors have extended the stalking horse designation deadline to **July 11, 2021** while the Debtors continue to work with bidders to determine whether designating a bid as a Stalking Horse Bid will maximize value for their stakeholders.

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Debtors select a Stalking Horse Bidder, the Debtors will file with the Court a Stalking Horse Notice by no later than 9:00 a.m. (CT) on July 12, 2021.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors reserve their rights to modify the Bidding Procedures in their reasonable business judgment, after consultation with the Consultation Parties.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debtors' service address is:  58 South Service Road, Suite 150, Melville, New York 11747.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/bouchard, by calling (855) 923-1038 (U.S. toll-free) or (949) 236-4792 (international), or by emailing BouchardInquiries@stretto.com. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
July 7, 2021

| | |
|---|---|
| */s/  Matthew D. Cavenaugh* | |
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Whitney Fogelberg (admitted *pro hac* vice) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone: (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile: (713) 752-4221 | Telephone: (312) 862-2000 |
| Email: mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
|        ggraham@jw.com | Email: ryan.bennett@kirkland.com |
| | whitney.fogelberg@kirkland.com |

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christine A. Okike, P.C. (admitted *pro hac* vice)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christine.okike@kirkland.com

**Certificate of Service**

    I certify that on July 7, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         /s/ *Matthew D. Cavenaugh*
                                         Matthew D. Cavenaugh