IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BOUCHARD TRANSPORTATION CO., INC., *et al*.,[1] | ) ) | Case No. 20-34682 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered)<br>**Re: Docket No. 907, 948** |

NOTICE OF RESET HEARING
ON THE DEBTORS' SALE HEARING

**PLEASE TAKE NOTICE** that on May 22, 2021, the Debtors filed the *Debtors' Emergency Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures, and (B) an Order Authorizing the Debtors to Enter into Definitive Purchase Agreements* [Docket No. 907] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that on June 8, 2021, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* [Docket No. 948] (the "Bidding Procedures Order"). Pursuant to the Bidding Procedures Order, the date for a hearing to approve one or more sales of the assets (the "Sale Hearing") was set for July 23, 2021.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing previously set for July 23, 2021, at 3:00 p.m. (prevailing Central Time) has been reset to **August 2, 2021, at 3:00 p.m. (prevailing Central Time)** before David R. Jones, United States Bankruptcy Judge, in Room 400 of the United Stated Bankruptcy Court, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that the Sale Objection Deadline previously set for July 21, 2021, at 4:00 p.m. (prevailing Central Time) has been extended to **July 28, 2021, at 4:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. You will be responsible

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is: 58 South Service Road, Suite 150, Melville, NY 11747.

1

KE 78723581

for your own long distance charges.  Once connected, you will be asked to enter the conference room number.  Judge Jones conference room number is **205691**.

**PLEASE TAKE FURTHER NOTICE** that you may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu.  Select "Judges' Procedures," then "View Home Page" for Judge Jones.  Under "Electronic Appearance", select "Click here to submit Electronic Appearance".  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that any exhibit offered by the Reorganized Debtor will be filed on the Court's docket.  Any party may also obtain an electronic copy of the exhibits by request to counsel to the Reorganized Debtors.

**PLEASE TAKE FURTHER NOTICE** that if any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF.  Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Houston, Texas
July 22, 2021

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Whitney Fogelberg (admitted *pro hac* vice) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone: (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile: (713) 752-4221 | Telephone: (312) 862-2000 |
| Email: mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| ggraham@jw.com | Email: ryan.bennett@kirkland.com |
| | whitney.fogelberg@kirkland.com |

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christine A. Okike, P.C. (admitted *pro hac* vice)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    christine.okike@kirkland.com

*Co-Counsel to the Debtors*    *Co-Counsel to the Debtors*
*and Debtors in Possession*    *and Debtors in Possession*

**Certificate of Service**

  I certify that on July 22, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                        */s/ Matthew D. Cavenaugh*
                        Matthew D. Cavenaugh