# EXHIBIT 1

**From:** Martin Coombe <martin@marcon.com>
**Sent:** Tuesday, July 27, 2021 1:54 PM
**To:** Martin Coombe <martin@marcon.com>
**Subject:** Warning: External - Five x 6140bhp ex Bouchard tugs - FOR SALE

**CAUTION EXTERNAL EMAIL: This email originated from outside of the organization. Do not click links or open attachments unless you recognized and verify the sender and know the content is safe.**

27th July 2021

Good day

Marcon have been instructed by new owners to offer the following five 6140bhp ATB tugs for immediate sale.

These units are **NOT** part of any on-going Bankruptcy Court proceedings, and thus can be sold "AS IS WHERE IS" with free and clear title.



**File: TG61012 Tug – ATB – Twin Screw: "Robert J. Bouchard"**
127.0' loa x 121.9' lbp x 37.0' beam x 20.0' depth x 15.00' loaded draft.
Built in 1994 Moss Point Marine
U.S. flag. GRT: 199. NRT: 135. ITC GRT 592/NRT 177
Class: ABS +A1, Towing Service, +AMS. Laid up - All Certs overdue Feb. 2019.
Main Engines: 2 x EMD 16-645F7B total 6,140BHP at 900RPM
Winch: Markey Double Drum.
Intercon Coupler System

**Inspection: U.S. Gulf Coast.**



**File: TG61127 Tug – ATB – Twin Screw: "J. George Betz"**
127.0' loa x 125.8' lbp x 37.0' beam x 21.0' depth x 16.00' light draft x 19.45' loaded draft.
Built in 1995. Built at Moss Point Marine.
U.S. flag. GRT: 196. NRT: 133. ITC Tonnage: 591G / 177N
Class: ABS +A1, Towing Service, +AMS Unrestricted. Special Surveys due 11 Mar 2020. Last DD May 2018.
Main Engines: 2 x EMD 16-645F7B total 6,140BHP at 900RPM.
Winch: Markey Double Drum.
Bollard Pull: 58.3T.
Genset(s): 3 - 99kW.
Intercon coupling 50" pin system fitted in 2010.
Quarters: 11 in 7 cabins.
**Inspection: U.S. Northeast.**



**File: TG61412 Tug – ATB – Twin Screw: "Ralph E. Bouchard".**
127.0' loa x 119.0' lbp x 37.0' beam x 20.0' depth x 14.90' loaded draft.
Built in 1987 at Halter Marine;
U.S. flag. GRT: 199. NRT: 135. ITC Tonnage: 589G / 176N
Class: ABS +A1, Towing, +AMS, Unrestricted - Exp. 07 Aug 2021. Intermediate Hull DD Feb 2019 .
FO: 623.47m3. LO: 18.35m3. FW: 32.51m3. BW: 142.60m3.
Main Engines: 2 x EMD 16-645-F7 total 6,140BHP.
Speed about 11kn.
Intercon coupler system.
Winch
**Inspection: U.S. Gulf Coast.**



**File: TG61128 Tug – ATB – Twin Screw: "Buster Bouchard"**
127.0' loa x 119.6' lbp x 37.0' beam x 20.0' depth x 18.20' loaded draft.
Built in 1979 at VT Halter Marine;
U.S. flag. GRT: 196. NRT: 133. ITC Tonnage: 592G / 177N
Class: ABS International Loadline only – Expired
FO: 162,202g.
Winch: Markey double drum aft. Wire Capacity: 609m x 51mm.
Main Engines: 2 x EMD 16-645-E7 total 6,140BHP at 900RPM.
Speed about 10kn.
Genset(s): 3 - 99kW / GM 8-71.
Intercon coupler system - pinned in 2007.
**Inspection: U.S. South East**



**File: TG61133 Tug – ATB – Twin Screw: "Marion C Bouchard".**
127.0' loa x 119.5' lbp x 37.0' beam x 20.0' depth
Built in 1979 at Halter Marine, Inc;  Rebuilt: 1998.
U.S. flag. GRT: 199. NRT: 135.  ITC Tonnage 592G / 177N.
Class: ABS +A1 Towing, +AMS, + Hull & Mach, Unrestricted. Exp March 2019.
FO: 144,238g.
Winch: Double drum side-by-side.
Main Engines: 2 x EMD 16-645E7 total 6,140BHP at 900RPM.
Intercon coupler system installed in 1999.
**Inspection: U.S. South East**


All 5 tugs are laid up.

More details including recent photos are available on request.

Sellers are inviting best offers after inspection, which can be arranged via this office.

Rgds

Martin Coombe
Broker

Cell/Whatsapp: (360) 672 – 4009

Marcon International, Inc.
Vessels & Barges for Sale or Charter
P.O. Box 1170, 9 NW Front St.
Coupeville, WA 98239-1170 U.S.A.
T: (360) 678 - 8880
F: (360) 678 - 8890
E: martin@marcon.com
marcon.com

As Brokers Only  / Details believed correct but not guaranteed.  Offered subject to prior sale or charter.

*You are receiving this flyer because you previously expressed interest in related information. If you no longer wish to receive this information,  please contact Marcon and allow 7 business days to update records. To opt out of e-mail from Marcon International Inc, please reply to this e-mail and change the subject line to "Unsubscribe".*