**LAMONICA HERBST & MANISCALCO, LLP**
*Moving Forward. Staying Ahead.®*

Jacqulyn S. Loftin, Esq.
Partner
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

January 11, 2022



**VIA OVERNIGHT MAIL**
Chief Judge David R. Jones
U.S. Bankruptcy Court
Southern District of Texas (Houston)
515 Rusk Avenue, Courtroom 400
Houston, TX 77002

In Re: BOUCHARD TRANSPORTATION CO., INC., et al,
Chapter 11
Case No. 20-34682 (DRJ)
**(Jointly Administered)**
Hearing Date: January 18, 2022 at 2:00 p.m.

Dear Chief Judge Jones:

Enclosed is Chambers' copy of the Response of Hafnia Tankers Shipholding Malta Ltd. To the Debtor's First Omnibus Objection to Certain Proofs of Claims (Amended Claims, Duplicative Claims, Insufficient Documentation Claims, Late Filed Claims, No Liability Claims, And Satisfied Claims) [dkt. no. 995] regarding the above-referenced matter.

Thank you for your consideration.

Respectfully submitted,

*Jacqulyn Loftin*

Jacqulyn S. Loftin

JSL:rrl
Enclosure
m:\documents\company\cases\bouchard transportation\ltr to judge drj w response.doc