Case 20-34682   Document 1410   Filed in TXSB on 02/15/22   Page 1 of 3

United States Courts Southern
District of Texas
FILED
*February 9, 2022*

Nathan Ochsner, Clerk of Court

**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.

Hearing Date: January 18, 2022 at 2:00 p.m.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

-------------------------------------------------------------------x
In re:

BOUCHARD TRANSPORTATION CO., INC., *et al.*,

Debtors.
-------------------------------------------------------------------x

Chapter 11

Case No. 20-34682 (DRJ)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On January 11, 2022, deponent served the **Response of Hafnia Tankers Shipholding Malta Ltd. To the Debtor's First Omnibus Objection to Certain Proofs of Claims (Amended Claims, Duplicative Claims, Insufficient Documentation Claims, Late Filed Claims, No Liability Claims, And Satisfied Claims)** by Overnight Delivery or Electronic Mail at approximately 6:11 p.m. EST upon the attorneys/parties listed on the annexed list.

To:     **See annexed Service List**

*s/Rosa R. Lella*
ROSA R. LELLA

Sworn to before me this 11th day of January 2022

*s/ Adam P. Wofse*
Adam P. Wofse
Notary Public, State of New York
No. 02-WO5051811
Qualified in Nassau County
Commission Expires November 13, 2025

1

**SERVICE LIST**

**Via Federal Express Delivery:**

Chief Judge David R. Jones
U.S. Bankruptcy Court
Southern District of Texas (Houston)
515 Rusk Avenue, Courtroom 400
Houston, TX 77002

Clerk of the Court
U.S. Bankruptcy Court
Southern District of Texas (Houston)
515 Rusk Avenue
Houston, TX 77002

**Via Electronic Mail:**

James F. Buchanan, Esq.
**WELDER LESHIN LLP**
*Counsel to Bouchard Transportation Co., Inc.*
jbuchanan@welderleshin.com

Matthew D. Cavenaugh, Esq.
Genevieve M. Graham, Esq.
Veronica Ann Polnick, Esq.
**JACKSON WALKER L.L.P.**
*Counsel to Bouchard Transportation Co., Inc.*
mcavenaugh@jw.com
ggraham@jw.com
vpolnick@jw.com

Ryan Blaine Bennett, P.C. (admitted pro hac vice)
Whitney Fogelberg (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
*Counsel to Bouchard Transportation Co., Inc.*
ryan.bennett@kirkland.com
whitney.fogelberg@kirkland.com

Christine A. Okike, P.C. (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
*Counsel to Bouchard Transportation Co., Inc.*
christine.okike@kirkland.com

Rob Jacobson, Esq.
**KIRKLAND & ELLIS LLP**
*Counsel to Bouchard Transportation Co., Inc.*
rob.jacobson@kirkland.com

Gregg M. Galardi (admitted pro hac vice)
Matthew M. Roose (admitted pro hac vice)
Daniel G. Egan (admitted pro hac vice)
**ROPES & GRAY LLP**
*Counsel to the Official Committee of Unsecured Creditors of Bouchard Transportation Co., Inc., et al.*
gregg.galardi@ropesgray.com
matthew.roose@ropesgray.com
daniel.egan@ropesgray.com

George Cornell, Esq.
John R.Keough, Esq.
Sigal Markowitz, Esq.
**CLYDE & CO US LLP**
*Counsel to the Official Committee of Unsecured Creditors of Bouchard Transportation Co., Inc., et al.*
george.cornell@clydeco.us
john.keough@clydeco.us
sigal.markowitz@clydeco.us

Val Wamser, Esq.
**NICOLETTI HORNING & SWEENEY**
*Counsel to A.R.M. Marine Supply*
vwamser@nicolettihornig.com

Hector Duran, Jr., Esq.
Stephen Douglas Statham, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
Hector.Duran.Jr@usdoj.gov
stephen.statham@usdoj.gov

Michael Unger, Esq.
**TINDALL RILEY (BRITANNIA) LIMITED**
munger@tindallriley.com

Ed Keane, Esq.
**MAHONEY & KEANE, LLP**
Ekeane@mahoneykeane.com

Mark Sherrill, Esq.
**EVERSHEDS SUTHERLAND (US) LLP**
marksherrill@eversheds-sutherland.com